AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| White, Ronald A. | USDC-EDOK | 5/11/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - Active | ☐ Nomination    Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

101 N. Fifth Street
P.O. Box 1009
Muskogee, OK 74402

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Oklahoma Bar Association |
| 2. | Member | Federal Judges' Association |
| 3. | Executive Board Member | Indian Nations Council, Boy Scouts of America |
| 4. | Member | Spinning Leaf, LLC |
| 5. | Co-Trustee | Trust (CEW) |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/11/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | Diamond Pipeline LLC - right of way agreement on Okmulgee County property | $10,632.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of Oklahoma - Accounts | A | Interest | J | T | | | | | |
| 2. 120 Ac. Real Estate, Okmulgee County, OK, 7/24/94 $54,000.00 | | None | L | R | | | | | |
| 3. Northwestern Mutual Whole Life Policy - Cash Value | B | Dividend | K | T | | | | | |
| 4. METLIFE GROUP VARIABLE UNIVERSAL LIFE POLICY (H) | | | | | | | | | |
| 5. -Fidelity Index 500 - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 6. -MFS Emerging Growth - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 7. -Scudder International - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 8. -T. Rowe Price Balanced - Pooled Equity Fund | A | Dividend | J | T | | | | | |
| 9. MERRILL LYNCH IRA #1 (H) | | | | | | | | | |
| 10. -Columbia Acorn Fund | | None | L | T | | | | | |
| 11. -Energy Transfer Partners(publicly traded partnership units) | B | Dividend | J | T | | | | | |
| 12. -Bank of America, NA RASP | A | Interest | L | T | | | | | |
| 13. MERRILL LYNCH IRA #2 (H) | | | | | | | | | |
| 14. -Alcatel Lucent Technologies Inc. common stock | | None | J | T | | | | | |
| 15. -Alliance Resources publicly traded partnership units | A | Dividend | J | T | | | | | |
| 16. -Citigroup common stock | A | Dividend | J | T | | | | | |
| 17. -GE common stock | C | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -H&R Block common stock | B | Dividend | J | T | | | | | |
| 19. -HP Inc. | | None | J | T | | | | | |
| 20. -Johnson & Johnson common stock | D | Dividend | K | T | | | | | |
| 21. -Lancaster Colony Corp. common stock | | None | J | T | | | | | |
| 22. -Lehman Bros Hldgs Inc. common stock | | None | J | T | | | | | |
| 23. -Magellan Midstream publicly traded partnership units | E | Dividend | K | T | | | | | |
| 24. -Merrill Lynch Bank USA RASP (Y) | | None | | | Closed | 1/01/15 | M | | |
| 25. -Occidental Petroleum Corp. common stock | C | Dividend | J | T | | | | | |
| 26. -OG&E common stock | D | Dividend | K | T | | | | | |
| 27. -ONEOK common stock | E | Dividend | K | T | | | | | |
| 28. -Pfizer common stock | C | Dividend | J | T | | | | | |
| 29. -SPDR S&P 500 ETF Trust | C | Dividend | M | T | | | | | |
| 30. -Williams Cos. common stock | | None | K | T | | | | | |
| 31. -WPX Energy Inc. | | None | J | T | | | | | |
| 32. -California Resources | | None | J | T | | | | | |
| 33. -OneGas | E | Dividend | K | T | | | | | |
| 34. -BA CA N.A. RASP (Cash account) (x) | | None | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Bank of America, N.A. RASP (Cash account) (x) | | None | M | T | | | | | |
| 36. STIFEL NICOLAUS (H) | | | | | | | | | |
| 37. -Bank of Oklahoma common stock | B | Dividend | K | T | | | | | |
| 38. -Bearing Point common stock | | None | J | T | | | | | |
| 39. -GE common stock | A | Dividend | J | T | | | | | |
| 40. -Oneok Inc. New | A | Dividend | J | T | | | | | |
| 41. -Stifel Nicolaus Money Market | A | Interest | N | T | | | | | |
| 42. -American Express Centurion (Bank Deposit)(X) | A | Interest | | | Closed | 4/30/15 | M | A | |
| 43. -Harbor International Mutual Fund | A | Int./Div. | K | T | | | | | |
| 44. -Johnson & Johnson | A | Int./Div. | K | T | | | | | |
| 45. -OGE Energy Corp. | B | Int./Div. | L | T | | | | | |
| 46. -Oklahoma Dev. Fin. Auth. | B | Int./Div. | K | T | | | | | |
| 47. -Oneok Partners LP | C | Dividend | K | T | | | | | |
| 48. -Pfizer Inc. | A | Int./Div. | J | T | | | | | |
| 49. -Phillips 66 | A | Int./Div. | J | T | | | | | |
| 50. -SPDR S&P 500 ETF Trust Mutual Fund | A | Int./Div. | J | T | Sold (part) | 1/16/15 | J | A | |
| 51. | | | | | Buy | 8/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 9/28/15 | J | | |
| 53. -Stifel Bank & Trust (Bank deposit) | A | Int./Div. | M | T | | | | | |
| 54. -Williams Companies | C | Int./Div. | K | T | | | | | |
| 55. -Williams Partners LP | B | Int./Div. | J | T | | | | | |
| 56. -Allianzgi Income & Growth | C | Dividend | L | T | Buy (add'l) | 1/16/15 | K | | |
| 57. -Citibank NA (Bank deposit) | A | Interest | M | T | | | | | |
| 58. -Federated Capital Income | D | Dividend | M | T | Buy (add'l) | 1/16/15 | K | | |
| 59. | | | | | Buy (add'l) | 1/27/15 | K | | |
| 60. -First Eagle Global | | None | M | T | Buy (add'l) | 1/16/15 | K | | |
| 61. | | | | | Buy (add'l) | 1/27/15 | K | | |
| 62. -Ivy Balanced (X) | A | Dividend | | | Sold | 1/16/15 | L | A | |
| 63. -Oklahoma St Mun Pwr Auth | A | Dividend | K | T | | | | | |
| 64. -Oklahoma St Cap Impt Auth St | B | Dividend | L | T | | | | | |
| 65. -Oklahoma St Wtr Res Brd | B | Dividend | L | T | | | | | |
| 66. -The Private Bank and Trust Co. (Bank deposit)(X) | A | Interest | | | Closed | 4/30/15 | J | A | |
| 67. -Access Midstream Partners LP (X) | | None | | | Sold | 2/10/15 | J | A | |
| 68. -Eagle MLP Strategy Mutual Fund (X) | C | Dividend | K | T | Buy | 1/16/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 1/27/15 | K | | |
| 70. -Ivy Asset Strategy Mutual Fund (X) | A | Dividend | M | T | Buy | 1/16/15 | M | | |
| 71. | | | | | Buy (add'l) | 1/27/15 | K | | |
| 72. -Mainstay Cushing MLP Mutual Fund (X) | B | Dividend | K | T | Buy | 9/01/15 | K | | |
| 73. -One Gas Inc. (X) | B | Dividend | J | T | | | | | |
| 74. -Sector Energy Select (X) | B | Dividend | K | T | Buy | 1/16/15 | K | | |
| 75. -BBCN Bank (cash account) (Y)(X) | A | Interest | | | Closed | 5/31/15 | J | A | |
| 76. -Bank of Baroda (cash account) (Y)(X) | A | Interest | | | Closed | 9/30/15 | M | A | |
| 77. -State Bank of India (cash account) (X)(Y) | A | Interest | | | Closed | 12/31/15 | M | A | |
| 78. MERRILL LYNCH ROTH IRA #3 (H) | | | | | | | | | |
| 79. -Bank of America, NA RASP | A | Interest | J | T | | | | | |
| 80. -SPDR S&P 500 ETF Trust (X) | A | Dividend | J | T | Buy | 10/01/15 | J | | |
| 81. Spinning Leaf, LLC, real estate, Summit Co, CO 1/21/2013, $150,000 | | None | M | R | | | | | |
| 82. MERRILL LYNCH IRA (CEW Trust) (H) | | | | | | | | | |
| 83. -Bank Hawaii Corp. | B | Dividend | L | T | | | | | |
| 84. -Boeing Company | C | Dividend | M | T | Sold (part) | 12/17/15 | K | B | |
| 85. -Entergy Corp. | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -FIA Card Services NA (Y) | A | Interest | | | Closed | 1/01/15 | K | A | |
| 87. -FNMA (Corporate Bonds) | A | Interest | J | T | | | | | |
| 88. -FNMA (Govt/Agency Securities) | A | Interest | J | T | | | | | |
| 89. -GNM (Govt/Agency Securities) | A | Interest | J | T | | | | | |
| 90. -Leucadia Natl Corp. | A | Dividend | J | T | | | | | |
| 91. -Magellan Midstream | D | Dividend | M | T | | | | | |
| 92. -Oneok Inc. | D | Dividend | M | T | | | | | |
| 93. -Bank of America NA RASP (X) | A | Interest | K | T | | | | | |
| 94. -One Gas Inc. (X) | B | Dividend | L | T | | | | | |
| 95. MERRILL LYNCH (CEW Trust) (H) | | | | | | | | | |
| 96. -American Elec Power Co | B | Dividend | K | T | | | | | |
| 97. -AT&T Inc. | D | Dividend | M | T | | | | | |
| 98. -Centurylink Inc. | A | Dividend | J | T | | | | | |
| 99. -Empire Dist Elec | B | Dividend | K | T | | | | | |
| 100. -FIA Card Services NA (Y) | | None | | | Closed | 1/01/15 | M | | |
| 101. -Fairpoint Communications | | None | J | T | | | | | |
| 102. -Ford Motor Co | A | Dividend | J | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 | |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Frontier Communications | A | Dividend | J | T | | | | | |
| 104. -General Electric | C | Dividend | M | T | | | | | |
| 105. -Grand River Dam Auth (Municipal Bonds) | B | Dividend | L | T | | | | | |
| 106. -Hanesbrands Inc | A | Dividend | J | T | | | | | |
| 107. -Intl Business Machines | C | Dividend | L | T | | | | | |
| 108. -JPMorgan Chase & Co | C | Dividend | M | T | | | | | |
| 109. -Katy Tex Indpt Sch Dist (Municipal Bonds) | B | Dividend | K | T | | | | | |
| 110. -Kimberly Clark | C | Dividend | M | T | | | | | |
| 111. -Magellan Midstream | D | Dividend | M | T | | | | | |
| 112. -Microsoft Corp | C | Dividend | M | T | | | | | |
| 113. -OGE Energy Corp | B | Dividend | K | T | | | | | |
| 114. -Oneok Inc | D | Dividend | M | T | | | | | |
| 115. -Oklahoma Colleges Brd (Municipal Bonds) (Y) | A | Dividend | | | Matured | 4/01/15 | K | A | |
| 116. -Okla St Capitol Impt (Municipal Bonds) (Y) | A | Dividend | | | Matured | 7/01/15 | K | A | |
| 117. -Oklahoma City Okla Arpt (Municipal Bonds) | B | Dividend | K | T | | | | | |
| 118. -Oklahoma City Okla (Municipal Bonds) | B | Dividend | K | T | | | | | |
| 119. -Oklahoma Cnty Okla (Municipal Bonds) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Oklahoma MPA Pwr Spply (Municipal Bonds) | A | Dividend | J | T | | | | | |
| 121. -Oklahoma Agric-Mech Clg (Municipal Bonds) | B | Dividend | K | T | | | | | |
| 122. -Sprint Corp | | None | J | T | | | | | |
| 123. -Teco Energy Inc | A | Dividend | K | T | | | | | |
| 124. -Tulsa Okla (Municipal Bonds) | B | Dividend | L | T | | | | | |
| 125. -Verizon Communications | B | Dividend | K | T | | | | | |
| 126. -Vodafone Grop | A | Dividend | J | T | | | | | |
| 127. -ONEGAS | B | Dividend | L | T | | | | | |
| 128. -Boeing (X) | A | Dividend | K | T | Buy | 12/17/15 | K | | |
| 129. -Halyard Health (x) | | None | J | T | | | | | |
| 130. -Bank of America, NA (cash account) (X) | A | Interest | M | T | | | | | |
| 131. -Bank of America, CA, NA (cash account) (X) | A | Interest | L | T | | | | | |
| 132. FIDELITY (CEW Trust) (H) | | | | | | | | | |
| 133. -Fidelity Municipal Money Market | | None | L | T | | | | | |
| 134. -Exxon Mobil Corporation | C | Dividend | M | T | | | | | |
| 135. -Paychex Inc. | A | Dividend | J | T | | | | | |
| 136. -Procter & Gamble | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  -Powershs QQQ Trust Ser 1 | | None | L | T | | | | | |
| 138.  -SPDR S&P 500 ETF TR | | None | O | T | | | | | |
| 139.  -SCHW US LCAP ETF | | None | K | T | | | | | |
| 140.  -SCHW US SCAP ETF | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| White, Ronald A. | 5/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. INVESTMENTS AND TRUSTS:

Line 19.  HP Inc. accrued through exchange from Hewlett Packard Company on 11/2/2015.

Line 24.  Merrill Lynch Bank USA RASP.  Cash account, asset now held under another account. The filer has no control over when the monies are deposited or transferred.

Line 29.  Name revised to reflect specific asset name.

Lines 42, 53, 57, 66, 75, 76, and 77 are cash accounts that hold funds on a temporary basis.  The filer has no control over when the monies are deposited or transferred.

Line 67.  Access Midstream Partners LP accrued through merger with Williams Partners, LP.  Asset sold on 2/10/15 at a loss.

Lines 73 and 94.  One Gas Inc. acquired through split from Oneok.

Lines 82 - 140.  Assets held by a trust (CEW), of which I am Co-Trustee.  My interest is income-beneficiary.

Lines 86 & 100.  FIA Card Services NA.  Cash account, asset now held under another account.  The filer has no control over when the monies are deposited or transferred.

Line 129. Halyard Health.  Asset previously not listed in error.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald A. White**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544